18536. HILL *v.* THE STATE.

BROYLES, C. J. The motion for a new trial contained the usual general grounds only; the verdict was authorized by the evidence, and the refusal to grant a new trial was not error.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED DECEMBER 13, 1927.

Possessing liquor; from city court of Oglethorpe—Judge Greer. September 5, 1927.

*Jere M. Moore, Homer Beeland,* for plaintiff in error.
*John B. Guerry, solicitor,* contra.

---

Criminal Law, 16 C. J. p. 1217, n. 45.